# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3453

_____

Jeanne Bierman,                               *
                                              *
            Appellant,                        *
                                              *   Appeal from the United States
      v.                                      *   District Court for the
                                              *   Eastern District of Missouri.
Mercy Medical Group,                          *
                                              *        [UNPUBLISHED]
            Appellee.                         *

_____

Submitted: February 5, 1999
Filed: February 11, 1999

_____

Before RICHARD S. ARNOLD, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Jeanne Bierman appeals the district court's[1] order granting summary judgment to Mercy Medical Group (Mercy) in her discrimination action, in which she alleged Mercy discriminated against her based on her age in violation of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §§ 621-634. Upon a thorough review of the record and the parties' briefs, we conclude summary judgment was proper. Mercy offered a legitimate, nondiscriminatory reason for terminating Bierman,

_____

[1]The Honorable Lawrence O. Davis, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

and Bierman did not produce sufficient evidence to show that Mercy's proffered reason was pretextual.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.